# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany New York 12211

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments only:  
P.O Box 1918  
Memphis, TN  38101-1918

March 6, 2014

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:    10-12437   Richard Bird

To Whom It May Concern:

Enclosed please find check # 831823 in the amount of $6.41. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. Our records indicate that all of the Trustee disbursement checks were returned from the U.S. Postal Service as undeliverable. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as provided by the creditor is as follows:

| | |
|---|---|
| Pacer Claim No. | 5 |
| Account # from PACER | 5830 |
| Creditor Address | Aargon Agency Inc.<br>3025 W. Sahara Ave.<br>Las Vegas, NV 89102 |

Best Regards,  
*Cheryl Corning*  
Cheryl Corning  
Office of Andrea Celli

FILED  
MAR 18 2014  
OFFICE OF THE BANKRUPTCY CLERK  
ALBANY, NY