**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| IN RE: | Hearing Date: | June 26, 2014 |
| | Hearing Time: | 9:15 a.m. |
| **Richard Bird** | Hearing Location: | Albany |
| SSN: xxx-xx-2663 | | |
| | Case No. 10-12437 | |
| Debtor. | Chapter 13 | |

---

| | |
|---|---|
| **IN RE: David J. Lagatt** | Case No. 10-10890 |
| SSN: xxx-xx-7773 | Chapter 13 |
| Debtor. | |

---

### TRUSTEE'S NOTICE OF MOTION TO AMEND CLERK'S DESIGNATION OF UNCLAIMED FUNDS

---

PLEASE TAKE NOTICE, that Andrea E. Celli, Chapter 13 Trustee (the "Trustee"), has filed has filed papers with the Court for an Order to amend Clerk's Designation of Unclaimed Funds, and a hearing on said Motion will be held on **June 26, 2014 at 9:15 a.m. in the forenoon**, or as soon thereafter as counsel may be heard, in the United States Bankruptcy Court for the Northern District of New York, Room 306, 445 Broadway, Albany, New York 12207.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief requested or if you want the Court to consider your views on the motion, then on or before June 19, 2014, you or your attorney

must file with the Court a written request for a hearing explaining your position at Room 306, 445 Broadway, Albany, New York 12207.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before June 19, 2014.

You must also mail a copy of your response to Andrea E. Celli, Esq., Chapter 13 Standing Trustee, 7 Southwoods Boulevard, Albany, New York 12211, Richard Croak, Esq., 314 Great Oaks Boulevard, Albany, New York 12203, Michael Mansion, Esq., 1528 Central Ave., Albany, NY 12205 and the Office of the United States Trustee, 74 Chapel Street, Albany New York 12207 and you must attend the hearing on the motion scheduled to be held on the 26th day of June, 2014 at 9:15 a.m. at the U.S. Bankruptcy Court, Room 306, 445 Broadway, Albany, New York 12207.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief without further notice.

Respectfully submitted,

Dated: June 2, 2014

/S/ Andrea E. Celli
Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY  12211