_____

So Ordered.                                    Robert E. Littlefield, Jr.
                                               Chief, United States Bankruptcy Judge

Signed this 27 day of June, 2014.


**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

IN RE:                                          Case No. 10-12437
      **Richard Bird,**                         (Chapter 13)
                   **Debtor.**

_____

IN RE:                                          Case No. 10-10890
      **David J. Laggatt,**                     (Chapter 13)
                   **Debtor.**

_____

**ORDER AMENDING CLERK'S DESIGNATION OF UNCLAIMED FUNDS**

      Upon the Notice of Motion and Motion To Amend Clerk's Designation of Unclaimed Funds dated June 2, 2014, and a hearing on the motion having been had on June 26, 2014, and Bonnie S. Baker, Esq., having appeared on behalf of Andrea E. Celli, Chapter 13 Standing Trustee, in support of the motion, and no opposition to the having been received, and the Court having considered the same, and due deliberation having been had thereon, it is hereby

      ORDERED, that the unclaimed funds currently designated to Aargon Agency, Inc. in the amount of $2,290.88 in the case of <u>Richard Bird</u> (10-12437) are hereby designated as unclaimed funds for CitiFinancial Auto Credit, Inc. in the case of <u>David J. Lagatt</u> (10-10890).

###